**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-2100**

———————

In re:  DOUGLAS C. CHARNOCK, JR.,

                    Petitioner.

———————

On Petition for Writ of Mandamus.
(No. 2:14-CV-00229-RAJ-LRL)

———————

Submitted:  December 16, 2014      Decided:  December 18, 2014

———————

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Douglas C. Charnock, Jr., Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas C. Charnock, Jr., petitions for a writ of mandamus seeking an order to stay the entry of judgment in his pending divorce proceeding in state court. We conclude that Charnock is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); United States v. Moussaoui, 333 F.3d 509, 516-17 (4th Cir. 2003). Further, mandamus relief is available only when the petitioner has a clear right to the relief sought. In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).

This court does not have jurisdiction to grant mandamus relief against state officials, Gurley v. Superior Court of Mecklenburg Cnty., 411 F.2d 586, 587 (4th Cir. 1969), and does not have jurisdiction to review final state court orders. Dist. of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 482 (1983).

The relief sought by Charnock is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We also deny Charnock's motions to intervene and expedite as moot. We dispense with oral argument because the facts and legal

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED